PROB 35  
(Rev 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

For The  
District of New Jersey

UNITED STATES OF AMERICA

      V.                                            Crim. No.  06-CR-00123-001

United Gunite Construction, Inc.

On 06/05/06, the above named was placed on probation for a period of 5 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

_____  
U.S. Probation Officer  
Leslie M. Vargas

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _____15th_____ Day of _____February_____ 2009

_____  
United States District Judge